**Order entered March 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01465-CV

**HHRCD, LLC AND MARK CROSSLIN, Appellants**

**V.**

**D ANDI N ENTERPRISES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14474**

## ORDER

Before the Court is appellee's first unopposed motion to extend time to file a brief. We

**GRANT** the motion and extend the time to file to **April 3, 2018**.

/s/      DAVID EVANS
         JUSTICE